UNITED STATES TRUST COMPANY OF NEW YORK, as Substituted Trustee, etc., of AUGUSTUS WHITING, Deceased, Respondent, v. F. BAYARD RIVES and Others, Respondents, Impleaded with MARGARET L. RIVES and Others, by CHARLES H. TUTTLE, Their Guardian ad Litem, Appellants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

SEILER COAL CO., INC., Respondent, v. BUCK RIDGE COAL MINING COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLES MCGARRY, Appellant, v. MORRIS SIGMAN, as President of the INTERNATIONAL LADIES GARMENT WORKERS UNION, etc., and Others, Respondents, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ROSE OPENDACK, Respondent, v. BEEKMAN STREET HOSPITAL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CLARA WOLF, an Infant, etc., by OSCAR WOLF, Her Guardian ad Litem, Respondent, v. DAVID B. HIRSCHFELD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of MARY E. DEPIERRIS, Deceased.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

TELFAIR W. MARRIOTT and Another, as Administrators, etc., of HENRY T. KEYSER, Deceased, Respondents, v. CATHERINE BURKE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JAMES KELLY, Respondent, v. MANDEL PIKE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

DAISY SPIRO, an Infant, by MARGARET F. SPIRO, Her Guardian ad Litem, Respondent, v. ANNIE SCHEINBERG, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JESSIE B. ROZELL, Respondent, v. ANNIE G. CAMPBELL and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell,.Finch and Martin, JJ.; Finch, J., dissents.

VINCENT SCHIAVONE v. CHARLES BRANCATI.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.